```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION


ALPHONSO T. WARD                                        PLAINTIFF

VS.                        CIVIL ACTION NO. 5:12-cv-165(DCB)(MTP)

JESSICA WILLIAMS                                        DEFENDANT
```

ORDER

This cause is before the Court on the defendant Jessica Williams' motion for summary judgment (docket entry 44), on the Report and Recommendations of Magistrate Judge Michael T. Parker (docket entry 52), and on the "Objections" thereto of the plaintiff Alphonso T. Ward (docket entry 53). Having carefully considered same, the Court finds as follows:

The plaintiff filed his pro se Complaint pursuant to 42 U.S.C. § 1983. The allegations in his Complaint occurred while he was a post-conviction inmate at Wilkinson County Correction Facility in Wilkinson County, Mississippi. In his Complaint, and as clarified in his testimony at his Spears hearing, the plaintiff alleges that the defendant used excessive force against him. Specifically, he alleges that as he was exiting his cell, the defendant closed the door on his finger, cutting off the tip of his finger.

In his report and recommendation, Magistrate Judge Parker finds that there is no evidence in the record to support a reliable inference of wantonness on the part of the defendant. Furthermore, there is no evidence of malice or threats by the defendant. The

plaintiff has failed to present sufficient evidence demonstrating that the defendant had the requisite intent to cause the plaintiff harm.  The Magistrate Judge therefore recommends that summary judgment be granted to the defendant.

The only objection filed by the plaintiff is that he objects "to any and all statement [sic] within the defendant [sic] Report and Recommendations."  The plaintiff fails to make specific objections to any part of the Report and Recommendations, and he has not shown why summary judgment should not be granted to the defendant.  The Court shall therefore adopt Magistrate Judge Parker's Report and Recommendations and dismiss the claims against defendant Williams with prejudice.  A final judgment shall follow.

Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendations of Magistrate Judge Michael T. Parker **(docket entry 52)** is ADOPTED as the findings and conclusions of this Court;

FURTHER ORDERED that defendant Jessica Williams' motion for summary judgment **(docket entry 44)** is GRANTED;

FURTHER ORDERED that the claims against defendant Jessica Williams are DISMISSED WITH PREJUDICE.

SO ORDERED, this the 23rd day of February, 2015.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE